IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID WAYNE McCLENDON**                                                           **PETITIONER**

v.                           Case No. 4:19-cv-00885 KGB-BD

**DEXTER PAYNE, Director,**
**Aransas Division of Correction**                                                  **RESPONDENT**

## ORDER

Before the Court is a Recommended Disposition submitted by United States Magistrate Judge Beth Deere (Dkt. No. 10). Petitioner David Wayne McClendon filed an objection in which he reasserts his claim that there was insufficient evidence to support his conviction (Dkt. No. 11). After careful consideration of the Recommended Disposition, Mr. McClendon's objection, and a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings (Dkt. No. 10). Accordingly, the Court dismisses without prejudice Mr. McClendon's petition for writ of habeas corpus (Dkt. No. 1).

A certificate of appealability is denied, pursuant to 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

It is so ordered this 21st day of January, 2021.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge