# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID WAYNE McCLENDON**                                                                 **PETITIONER**

v.                            Case No. 4:19-cv-00885 KGB-BD

**DEXTER PAYNE, Director,**
**Aransas Division of Correction**                                                         **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that petitioner David Wayne McClendon's petition for writ of habeas corpus is dismissed without prejudice (Dkt. No. 1).  A certificate of appealability is denied, pursuant to 28 U.S.C. § 2253(c)(1)-(2); Rule 11(a), Rules Governing § 2254 Cases in United States District Courts.

It is so adjudged this 21st day of January, 2021.

_____
Kristine G. Baker
United States District Judge